UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA ALCORN
            Plaintiff,                                    Case No. 06-13046
                                                        HON. BERNARD A. FRIEDMAN
vs.

COMMISSIONER OF SOCIAL SECURITY,
            Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation dated August 3, 2007. No objections were filed thereto.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated August 3, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED Defendant's Motion for Summary Judgment be GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment be DENIED.

Dated: August 29, 2007                        ____s/Bernard A. Friedman_____
       Detroit, Michigan                    BERNARD A. FRIEDMAN
                                                    CHIEF UNITED STATES DISTRICT JUDGE